**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH MITCHELL | No. 2:25-mj-00219-KFW |

# CRIMINAL COMPLAINT

I, Douglas Foster, being duly sworn, state that the following is true and correct to the best of my knowledge:

## COUNTS ONE – EIGHT
## Uttering Counterfeit Obligations

On about the dates set forth below in each Count, in the District of Maine, the defendant,

**KEITH MITCHELL,**

with intent to defraud, did pass and utter to Saco and Biddeford Saving Institution, falsely made, forged, counterfeited and altered obligations of the United States, that is, the United States Treasury Checks referenced below in each Count, which he knew to be falsely made, forged, counterfeited and altered, and did aid and abet the same, as follows:

| Count | Approximate Date | Location | Serial Number | Approximate Amount |
|---|---|---|---|---|
| ONE | 5/3/2024 | Westbrook, ME | 46090385 | $2,600 |
| TWO | 5/3/2024 | Westbrook, ME | 42975839 | $2,359 |
| THREE | 5/3/2024 | Westbrook, ME | 42524227 | $1,435.22 |
| FOUR | 5/9/2024 | South Portland, ME | 48250314 | $9,527.87 |
| FIVE | 5/9/2024 | South Portland, ME | 42968856 | $2,383 |
| SIX | 5/16/2024 | Scarborough, ME | 48273276 | $10,983 |
| SEVEN | 6/5/2024 | South Portland, ME | 50346784 | $11,196 |
| EIGHT | 6/20/2024 | South Portland, ME | 50381438 | $9,423 |

Thus, the defendant violated Title 18, United States Code, Section 472 and 2.

This Complaint is based on those facts set forth in my affidavit of June 23, 2025, which is attached and incorporated by reference.

6/23/2025

Douglas Foster
Special Agent
Internal Revenue Service - Criminal Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jun 24 2025

City and state: Portland, Maine

*Judge's signature*

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*