**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH MITCHELL | No. 2:25-mj-00219-KFW |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Douglas Foster, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging Keith Mitchell with violations of Title 18, United States Code Section 472, passing counterfeit obligations, and aiding and abetting the same.

2. I am a Special Agent with the Internal Revenue Service – Criminal Investigation (IRS-CI) and have been since December 12, 2023. I am currently assigned to the IRS-CI in South Portland, Maine. From June 6, 2023, to December 12, 2023, I was a Special Agent in Training at the Federal Law Enforcement Training Center in Glynco, Georgia, where I graduated from both the Criminal Investigator Training Program and the Special Agent Basic Training Program. During the six-month training program, I was trained on many subjects ranging from general law enforcement trainings to specific tax and money laundering violations. These trainings included courses, exams, and practical exercises on digital evidence, search warrants as investigative tools, and violations under the purview of IRS-CI including Title 18 of the United States Code.

3. This affidavit is intended to show that there is probable cause for the requested complaint. The facts set forth in this affidavit are based upon my personal knowledge, information obtained during my participation in this investigation, including information provided by other law enforcement officers, subpoenaed records, and IRS records. Based on my training and experience and the facts as set forth in this affidavit, I submit that probable cause exists to believe that Keith Mitchell passed and aided and abetted the passing of counterfeit obligations, in violation of 18 U.S.C §§ 472 and 2, as alleged in the criminal complaint.

**PROBABLE CAUSE**

4. Based upon my training and experience, the training and experience of my on-the-job instructor, and conversations with other law enforcement officers, and knowledge of other investigations, I am aware that a scheme exists to obtain and use the information from valid United States Treasury checks in order to fraudulently obtain funds originally issued as tax refunds. The scheme involves stealing or otherwise obtaining the information from a valid U.S. Treasury check and subsequently creating and printing a fraudulent check intended to be deposited and passed off as a valid check. This fraudulently created check will bear the name of the person who will deposit the check into a financial institution, but also contains the amount, symbol number, and serial number from a valid U.S. Treasury check.

5. For the period involved in this case, between April 15, 2024, and June 26, 2024, the main tool for financial institutions to check the validity of a U.S. Treasury check was the Treasury Check Verification System (TCVS). The TCVS compares the

amount, symbol number, and serial number against valid U.S. Treasury checks. If all three match the TCVS returns that the check is valid. Unless the bank makes further attempts to confirm the validity of the check, for example inspecting the security features (watermark, microprinting, etc.), or receives a check reclamation form from the U.S. Treasury, the check will be accepted as valid and the depositor will gain access to the funds. Therefore, even with an altered name and address, the perpetrators of this scheme would be able to deposit fraudulent treasury checks so long as they obtained and used the amount, symbol number, and serial number from a valid U.S. Treasury Check.

6. On June 28, 2024, IRS-CI agents Joseph Durak and I received a report from the Saco Police Department regarding Keith Mitchell. Saco and Biddeford Savings Institution, a regional bank with multiple locations in Southern Maine, filed a police report about fraudulent U.S. Treasury checks deposited into the account of Keith Mitchell. In total, thirteen (13) U.S. Treasury checks totaling $83,632.09 were deposited into Keith Mitchell's account across three (3) different branches between April 15 and June 20, 2024. Eight (8) of the deposited checks were obtained by the Saco Police Department as evidence. The other five (5) checks deposited had already been destroyed per bank policy.

7. On July 16, 2024, I took custody of the eight (8) Treasury checks obtained by Saco PD. All eight (8) checks were made payable to Keith Mitchell. The checks were deposited on the following dates at the following bank locations and bore the following serial numbers and amounts payable:

| Approximate Deposit Date | Bank Location | Serial Number | Approximate Amount |
|---|---|---|---|
| 5/3/2024 | Westbrook, ME | 46090385 | $2,600 |
| 5/3/2024 | Westbrook, ME | 42975839 | $2,359 |
| 5/3/2024 | Westbrook, ME | 42524227 | $1,435.22 |
| 5/9/2024 | South Portland, ME | 48250314 | $9,527.87 |
| 5/9/2024 | South Portland, ME | 42968856 | $2,383 |
| 5/16/2024 | Scarborough, ME | 48273276 | $10,983 |
| 6/5/2024 | South Portland, ME | 50346784 | $11,196 |
| 6/20/2024 | South Portland, ME | 50381438 | $9,423 |

8. The eight checks were submitted to the IRS's Center for Science and Design (CSD) to be analyzed and fingerprinted. On October 15, 2024, a report was issued by the CSD stating that, based upon observed optical and physical characteristics, the U.S. Treasury checks deposited into Keith Mitchell's account were not genuine documents. CSD analyzed all eight (8) checks for standard security features and found significant inconsistencies between the deposited checks and the standard U.S. Treasury check reference obtained from the Department of Treasury Fiscal Bureau. The deposited checks had no presence of a watermark, no presence of microprinting, inconsistent response to UV light, differences in physical dimensions, and inconsistent response to moisture on the Treasury Seal. Additionally, the Intelligent Mail barcode on the deposited checks revealed a ZIP code different from that printed on the check.

9. IRS records reflect that the U.S. Treasury issued genuine tax refund checks to people other than Keith Mitchell bearing the serial numbers referenced in paragraph 7 and in the amounts listed in paragraph 7.

10. On December 9, 2024, a report was issued by the CSD identifying the fingerprints of Person A, a resident of New York City, on four (4) of the checks examined.

11. On September 12, 2024, I received records from Saco and Biddeford Savings Institution. The records included surveillance video which shows Keith Mitchell depositing checks at the Saco and Biddeford Savings Institution, Scarborough Branch, on April 15, 2024 and May 16, 2024. The videos also show a white female, Person B, driving a white Chevrolet sedan, depositing some of the fraudulent checks into Keith Mitchell's account at the Westbrook Branch on April 30, 2024 and May 3, 2024, as well as the Saco Branch on April 24, 2024. Through DMV registration records and a driver's license photo, Person B was identified.

12. On February 3, 2025, I interviewed Keith Mitchell. Mitchell stated that he received the checks in the mail and deposited some of the checks himself and asked Person B to deposit some of the checks for him. Mitchell denied knowing Person A.

13. Records obtained from Apple Pay show Keith Mitchell sent Person A a total of $16,400.00 between April 16, 2024, and June 24, 2024.

14. During his interview, Mitchell said that he had been "scammed" by someone on Instagram by the name of "Mr. Stimulus." Mitchell claimed to have provided "Mr. Stimulus" with his personal identification information, bank account information, and Cash App information before receiving the Treasury checks in the mail. According to records from Meta Platforms, Inc., Mitchell deactivated his

Instagram account on February 4, 2025, the day after I interviewed him about the deposited checks.

**CONCLUSION**

Based on the forgoing, I submit that probable cause exists to believe that Keith Mitchell passed counterfeit currency, and aided and abetted the same, in violation of 18 U.S.C § 472 and 2, as alleged in the criminal complaint.

Dated at Portland, Maine this 23rd day of June, 2025.

6/23/2025

Douglas Foster
Special Agent
Internal Revenue Service - Criminal Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jun 24 2025

City and state: Portland, Maine

*Judge's signature*

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MAINE